IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**TRAYMONTE B. SNIPES,**

  *Plaintiff,*

v.                                                Case No.: 3:24cv610-MW/ZCB

**SERGEANT LOWRY, et al.,**

  *Defendants.*
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 5, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED without prejudice**, under 28 U.S.C. § 1915(g) because Plaintiff failed to pay the filing fee when he commenced this case." Plaintiff's pending motions, ECF Nos. 2 and 3, are **DENIED as moot**. The Clerk shall close the file.

  **SO ORDERED on January 8, 2025.**

                                            s/Mark E. Walker                    
                                            **Chief United States District Judge**